# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
| v. | ) Case: 1:20-mj-00223 |
| JOHNNIE GAMBLE | ) Assigned to: Judge Robin M. Meriweather |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) Assign Date: 11/03/2020 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 2, 2020 in the county of _____ in the _____ District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Taurus G2C, .40 caliber semi-automatic pistol, Serial Number ABD527139, and .40 caliber ammunition. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

MARK MINZAK, Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone (specify reliable electronic means).

Date: 11/03/2020

*Judge's signature*

City and state: WASHINGTON, DC

ROBIN M. MERIWEATHER, U.S. Magistrate Judge
*Printed name and title*