## STATEMENT OF FACTS

On Monday, November 2, 2020, at approximately 7:45 p.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Gun Recovery Unit (GRU) were on patrol when they noticed several individuals standing in front of 4209 7th Street Southeast in Washington, D.C. Officers walked up to make contact with the individuals. An individual, later identified as Johnnie Gamble (Defendant Gamble), was in the group of individuals. Officer Tejada asked Defendant Gamble if he had any weapons in his possession. Defendant Gamble briefly lifted his shirt and Officer Tejada observed a space between multiple layers of compression pants and Defendant Gamble's body. Officers know that multiple layers of compression pants are often used as a holster for firearms. Officers asked Defendant Gamble again if he had any firearms on his person. Defendant Gamble looked around and immediately attempted to flee the area on foot. While chasing on foot, Officer Tejada observed Defendant Gamble reach into his waistband and retrieve a firearm. Officers told Defendant Gamble to drop the gun several times. Defendant Gamble tossed the gun over a fence, hitting the side of 4283 Barnaby Road Southeast. Officer Tejada immediately followed the firearm over the fence to secure the weapon. Defendant Gamble was apprehended shortly after and placed under arrest.

The firearm that recovered was determined to be a Taurus, model G2C, .40 caliber handgun with a serial number of ABD527139. When it was recovered, it was loaded with one (1) round in the chamber and ten (10) rounds in a ten (10) round high capacity magazine. There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm in this case would have traveled in interstate commerce.

A criminal history check of Defendant Gamble through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction for Burglary One while Armed and Assault with a Dangerous Weapon in the Superior Court for the District of Columbia, case number 2009 CF2 4858. The defendant was sentenced to nine and a half (9.5) years of incarceration for this offense. Additionally, the defendant has a prior felony conviction for Unlawful Possession of a Firearm in the Superior Court for the District of Columbia, case number 2007 CF2 24190. The defendant was sentenced to three (3) years of incarceration for this offense. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER MARK MINZAK
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 3rd day of November, 2020.*

_____
ROBIN M. MERIWEATHER
U.S. MAGISTRATE JUDGE

Case: 1:20-mj-00223
Assigned to: Judge Robin M. Meriweather
Assign Date: 11/03/2020
Description: COMPLAINT W/ARREST WARRANT